CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 21 2005

JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID GRAY,<br>    Plaintiff, | )<br>)   Civil Action No. 7:05cv00703<br>) |
| v.<br>OFFICER JERREL, FBOP,<br>    Defendant. | )   **FINAL ORDER**<br>)<br>)   By: Jackson L. Kiser<br>)   Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1) and all pending motions are hereby **DENIED as MOOT**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 21st day of November, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge