CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 21 2005

JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID GRAY, | ) |
|     Plaintiff, | )    Civil Action No. 7:05cv00703 |
| | ) |
| v. | )    **FINAL ORDER** |
| OFFICER JERREL, FBOP, | ) |
|     Defendant. | )    By: Jackson L. Kiser |
| | )    Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1) and all pending motions are hereby **DENIED as MOOT**. This case shall be **STRICKEN** from the active docket of the court.

    The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

    ENTER: This 21st day of November, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge